(107 So. 322)

STATE v. WALDRON.   (6 Div. 710.)

(Court of Appeals of Alabama.   Feb. 16, 1926.)

Criminal law �441134(3)—Questions raised on trial court's rulings as to unconstitutionality of statute held to have become moot by subsequent enactments of Legislature curing defects.

Where Legislature cured defects in statute held to be unconstitutional at trial by enactment of statutes subsequent thereto, questions raised on appeal as to rulings on unconstitutionality of statute became moot.

Appeal from Circuit Court, Jefferson County; W. E. Fort, Judge.

Prosecution by the State against Andrew C. Waldron, in which the State appeals. Appeal dismissed on motion of the State.

Harwell G. Davis, Atty. Gen., for the State.
Horace C. Wilkinson, of Birmingham, for appellee.

BRICKEN, P. J.   This appeal is by the state of Alabama and is predicated upon adverse rulings of the trial court wherein the court held to be unconstitutional and void several statutory provisions upon which this prosecution was based. We deem it unnecessary to here consider these questions, they having become "moot" since the taking of this appeal by the state. The Legislature, by the enactment of subsequent statutes, fully cured the defects which were held to exist by the trial court.

By consent of the parties and upon motion of the Attorney General representing the state, this appeal is dismissed.

Appeal dismissed upon motion of state.